**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ramon LOPEZ–ALVARADO,**
**Defendant–Appellant.**

**No. 12–16591**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 24, 2013.

Peggy Morris Ronca, Tanya Davis Wilson, U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Craig L. Crawford, Stephen John Langs, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Ramon Lopez–Alvarado, Folkston, GA, for Defendant–Appellant.

Before HULL, JORDAN and FAY, Circuit Judges.

PER CURIAM:

Craig L. Crawford, counsel for Ramon Lopez–Alvarado in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lopez–Alvarado's conviction and sentence are **AFFIRMED.**